FILED
MAY 25 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Latonya M. Bradley, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>D.C. Superior Court, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 11 ,968 |

MEMORANDUM OPINION

This matter is before the Court on its review of the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a District of Columbia resident, sues the Superior Court of the District of Columbia, the District of Columbia Court of Appeals, and two Superior Court judges. She has stated no facts about the named defendants, and this Court lacks jurisdiction to review any of their rulings. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: May 17, 2011